394 A.2d 626

Nyari v. Nyari, Appellant.

Argued June 15, 1978.  Henry L. Menin, for appellant;  John M. McAllister, for appellee.

OPINION PER CURIAM:  Decree affirmed.  Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

394 A.2d 626

Porter, Appellant, v. Saini et al.

Argued June 13, 1978.  Robert S. Davis, for appellant;  Beryl E. Hoffman, for appellees.

Order affirmed.

HOFFMAN and PRICE, JJ., would transfer case to Commonwealth Court.

JACOBS, P. J., did not participate in the consideration or decision of this case.